1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  YOUNG YIL JO,                                      CASE NO. 1:07-cv-00402-AWI-SMS PC

10                      Plaintiff,                    ORDER DISMISSING ACTION, WITH
                                                      PREJUDICE
11         v.
                                                      (Doc. 1)
12  SIX UNKNOWN NAMES AGENTS, et al.,

13                      Defendants.
                                                   /
14

15         Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional

16  Institution in Greenville, Illinois.  To date, plaintiff has filed seventy-five civil cases in this district.

17  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.  The instant

18  complaint is duplicative of three previous complaints filed this year.[1]  There is no good faith basis

19  for the filing of duplicative actions.

20         This action is HEREBY DISMISSED, WITH PREJUDICE.

21

22  IT IS SO ORDERED.

23  **Dated:    March 19, 2007**                        **/s/ Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE

24

25

26

27
    _____
28       [1] The Court takes judicial notice of case numbers 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names
    Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, and 1:07-cv-00315-LJO-NEW (DLB) PC
    Jo v. Six Unknown Names Agents.